## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANTHONY CURKO,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **G.A.J.S., INC. d/b/a RIVER PALM TERRACE,** *et al.*, <br><br> **Defendants.** | **Case No. 19–cv–04426–ESK** <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on the parties' joint application to approve settlement (Application) (ECF No. 103); and for the reasons stated on the record at the hearing on May 5, 2022 (Hearing),

**IT IS** on this **6th** day of **May 2022 ORDERED** that:

1. The Application is **GRANTED** and the settlement is **APPROVED**. The transcript of the Hearing is sealed.

2. This matter is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**